```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/6/2025__
```

LAW OFFICES OF
# ASTA & BICKOFF
450 SEVENTH AVENUE, SUITE 2205
NEW YORK, N.Y. 10123
masta@astalaw.com

Telephone: (212) 244-6555
Facsimile: (212) 244-4757

February 5, 2025

<u>VIA ECF</u>
The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    Edinson Almonte v. Clean Harbors Environmental Services, Inc., et al.
            Case No.: 1:24-cv-09001-AT

Dear Judge Torres:

    This office is incoming counsel for Plaintiff Edinson Almonte, having taken over Plaintiff's representation from prior attorney Michael Benenati. We respectfully request the Court extend the deadline for all parties to submit a joint letter and a jointly proposed Case Management Plan and Scheduling Order from its original date of February 6, 2025 to March 6, 2025. Our firm recently uploaded an "Appearance of Counsel" and are waiting to receive the "Substitution of Counsel" properly executed by all interested parties.

    There have been no previous requests for adjournments. The Defendant consents to this request.

    Thank you for the Court's time and attention to this matter.

GRANTED.

SO ORDERED.

Dated: February 6, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge