**MEMO ENDORSED.**

MICHAEL J. SCHACHER
PARTNER
MSCHACHER@GORDONREES.COM
914-777-2237



ATTORNEYS AT LAW
500 MAMARONECK AVENUE, SUITE 503
HARRISON, NY 10528
WWW.GRSM.COM

May 29, 2025

**Via CM/ECF**

Magistrate Judge Ona T. Wang
United States District Court
Southern District
500 Pearl Street
New York, New York 10007

Re:      ***Edison Almonte v. Clean Harbors Environmental Services, Inc.***
Civil Action No.: 1:24-cv-09001
Request to Reschedule the June 12, 2025 Status Conference

Dear Hon. Wang,

As you know, we represent the defendants in the above-mentioned matter.  The parties are writing to respectfully request that the Status Conference currently scheduled for June 12, 2025, be rescheduled to another date as the deposition of the responding Police Officer to the subject accident is also scheduled on June 12, 2025.  I have obtained plaintiff's counsel's consent for the above request.

We appreciate your consideration of our request.  Thank you for your courtesy.

Respectfully Submitted,

Michael J. Schacher (MS-3434)

Application **GRANTED.  The conference currently scheduled for June 12 is ADJOURNED to Tuesday, June 17, 2025, at 12:00 p.m.**

**SO ORDERED.**

CC:     Eliot Samuel Bickoff
ASTA & ASSOCIATES, P.C.
***Attorneys for Plaintiff***
450 Seventh Avenue
New York, NY 10123
Tel: (908)-812-9752

Ona T. Wang
U.S.M.J.

May 30, 2025

1