**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

EDINSON ALMONTE,

                Plaintiff,         24-CV-9001 (OTW)

      -against-                        **ORDER**

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on June 17, 2025. As discussed on the record at the conference, it is hereby **ORDERED** that:

By **Tuesday, June 24, 2025**, Plaintiff will produce the car that was involved in the accident in this action, or make other arrangements with Defendants for the car to be inspected. If the car is no longer within Plaintiff's possession, custody, or control, Plaintiff's counsel shall detail why Plaintiff cannot produce the car. By **Friday, June 27, 2025**, the parties will file a joint status letter on the docket, informing the Court of the status of the production and inspection of the car.

Defendants' anticipated motion to compel production of certain documents discussed at the conference is also due **Friday, June 27, 2025**, and should be filed in accordance with my Individual Practices in Civil Cases regarding letter motions. Plaintiff's response is due **Wednesday, July 2, 2025**. There shall be no replies.

Finally, the fact discovery deadline is extended to **Friday, August 29, 2025**, without prejudice to further extension. The parties are directed to file a joint status letter on the last business Friday of each month until the close of discovery, beginning **Friday, July 25, 2025**.

**SO ORDERED.**

Dated: June 18, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge