**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
EDINSON ALMONTE,

                     Plaintiff,                          24-CV-9001 (AT) (OTW)

      -against-                                **ORDER**

CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., et al.,

                     Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

It appears from the Docket that the parties intended to consent to magistrate judge jurisdiction for all purposes but did not ultimately file a completed Form AO 85, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge. (*See* ECF 16 at 1). Accordingly, if the parties wish to consent to my jurisdiction, they are directed to file a completed Form AO 85 for the District Judge's review by **Wednesday, July 2, 2025**. A copy of Form AO 85 is available here: https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.

      **SO ORDERED.**

                                                  *s/ Ona T. Wang*

Dated: June 23, 2025                              **Ona T. Wang**
      New York, New York               United States Magistrate Judge