UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDINSON ALMONTE,

Plaintiff,

-against-

CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC. and JOHN ANTONOPOULOS
JR.,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2025
```

24 Civ. 9001 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled to take place before the undersigned on July 14, 2025, is ADJOURNED *sine die*.

SO ORDERED.

Dated: July 8, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge