MICHAEL SCHACHER
*PARTNER*
MSCHACHER@GRSM.COM
DIRECT DIAL: 914-777-2237



**MEMO ENDORSED.**   ATTORNEYS AT LAW
500 MAMARONECK AVENUE, SUITE 503
HARRISON, NY 10528
WWW.GRSM.COM
914-777-2225
FAX 914-709-4566

October 3, 2025

**Via CM/ECF**
Magistrate Judge Ona T. Wang
United States District Court
Southern District
500 Pearl Street
New York, New York 10007

      Re:    ***Edison Almonte v. Clean Harbors Environmental Services, Inc., et al.***
              Civil Action No.: 1:24-cv-09001
              Letter Motion to Adjourn the Upcoming October 9, 2025 Settlement
              Conference and Extend Fact and Expert Discovery

Dear Judge Wang:

      As you know, our firm represents the defendants in the above matter. Please allow this to serve as the defendants' request to adjourn the upcoming October 9, 2025 Preliminary Settlement Conference and to extend the current fact deadline of October 13, 2025 thirty days to November 12, 2025 and the expert deadline from November 14, 2025 thirty days to December 14, 2025. The reason for this request is related to plaintiff's prior 2015 motor vehicle accident and associated No-Fault/PIP records.

      As the Court will recall, during the Initial Conference with Your Honor, the undersigned indicated to the Court that an ISO claims report notes plaintiff was involved in a February 6, 2015 motor vehicle accident in the Bronx, NY. The ISO claims report notes plaintiff claimed "unspecified injuries" as a result of the 2015 accident. The defendants served a demand for an authorization to obtain plaintiff's 2015 No-Fault records, and plaintiff's counsel initially objected to that demand. Subsequently, based on Your Honor's direction during the Initial Conference, plaintiff's counsel indicated that American Transit Insurance Company ("American Transit") handled plaintiff's 2015 No-Fault claim.

      The defendants ultimately requested the Court So-Order a subpoena directing American Transit to provide the defendants with plaintiff's No-Fault file from his 2015 motor vehicle accident. American Transit responded to said subpoena noting they did not process plaintiff's 2015 No-Fault claim, which the undersigned indicated to plaintiff's counsel and to Your Honor within the parties last joint status letter.

1

On October 1, 2025, the undersigned was reviewing the above-mentioned ISO claims report and there is an adjuster's name and phone number associated with plaintiff's 2015 No-Fault claim. The undersigned called said adjuster and received a voicemail box message for a Geico representative. As such, the indication is plaintiff's 2015 No-Fault claim was filed with Geico, not American Transit. The undersigned immediately contacted plaintiff's counsel on October 1, 2025 regarding the above and served a Request for Production for an executed authorization to obtain plaintiff's 2015 No-Fault claim from Geico. Plaintiff's counsel responded that he is working on providing said authorization.

Given the above, the defendants are respectfully requesting an adjournment of the upcoming October 9, 2025 Preliminary Settlement Conference and a thirty-day extension to the current fact and expert deadlines as noted above. The reason for this adjournment request is to allow the defendants time to obtain the Geico authorization, process same, and review plaintiff's No-Fault fault to determine if he injured the same body parts allegedly injured in the subject accident. This evidence is critical in evaluating causation in this "serious injury" case and these records will need to be reviewed by the defendants' expert orthopedist.

Plaintiff's counsel has consented to the above request to adjourn the October 9, 2025 Settlement Conference and to extend the fact and expert deadlines. The parties appreciate the Court's time and consideration.

The parties' application to extend fact and expert discovery are **GRANTED**. The Preliminary Settlement Conference Call scheduled October 9, 2025 is **ADJOURNED** to November 6, 2025, at 3pm.

**SO ORDERED.**

_____
Ona T. Wang   October 6, 2025
U.S.M.J.

Respectfully Submitted,

_____
Michael J. Schacher, Esq.
GORDON REES SCULLY
MANSUKHANI LLP
*Attorneys for Defendants*
CLEAN HARBORS ENVIRONMENTAL
SERVICES, INC. and JOHN
ANTONOPOULOS JR.
500 Mamaroneck Ave, Suite 503
Harrison, NY  10528
T: (914) 777-2237

**CC Via ECF:**
Eliot S. Bickoff, Esq.
ASTA & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
450 Seventh Avenue
New York, New York 10123
Tel: (908) 812-9752