**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
EDINSON ALMONTE,                                             :
                                                             :
               Plaintiff,                          :         24-CV-9001 (AT) (OTW)
                                                             :
               -against-                          :         **ORDER**
                                                             :
CLEAN HARBORS ENVIRONMENTAL SERVICES,                        :
INC., et al.,                                                :
                                                             :
               Defendants.                         :
                                                             :
-------------------------------------------------------------x

       **ONA T. WANG**, **United States Magistrate Judge**:

       The Court is in receipt of ECF 37. The parties should file their proposed stipulation of discontinuance by **November 21, 2025**. If no stipulation of discontinuance is filed by that time, I may recommend that Judge Torres enter a 30-day Order of Dismissal.

       **SO ORDERED.**

                                                                   */s/  Ona T. Wang*

Dated: November 6, 2025                               **Ona T. Wang**
       New York, New York                   United States Magistrate Judge